KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. '08 CV 605 W POR |
| Plaintiff, ) | COMPLAINT FOR FORFEITURE |
| v. ) | |
| $8,000.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

By way of complaint against the defendant, $8,000.00 IN U.S. CURRENCY (hereinafter "defendant currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant property was found within this district.

3. On October 2, 2007, an unknown suspect broke into the Balboa Veterinary Hospital. Computers and other equipment valued at over $13,000 were stolen. A police report was taken, and the case was assigned to detective Robbie Finch of the San Diego Police Department to begin an investigation. During the investigation, detective Finch obtained sufficient evidence to obtain a search warrant for 1611 69th Street, Lemon Grove, CA. The warrant listed items stolen in the burglary, including a Dell laptop computer. Detective Finch learned that Timothy Cloyd and Roxanne Gutierrez lived in the Lemon Grove residence.

DMM:tlr:2008V00075

1    On November 14, 2007, the search warrant was executed on the residence by the SDPD SWAT team. Both Cloyd and Gutierrez were home when the warrant was served. The odor of marijuana was present as soon as detectives entered the residence. Detectives located the Dell computer which matched the one stolen in the burglary. Detectives also located two bricks of marijuana that totaled 4410 grams that had been placed in a trash can. Cloyd later admitted that the marijuana found was his. Gutierrez was also questioned and said the marijuana belonged to Cloyd. She stated he had been laid off from his job, and he was selling the marijuana to make money. Scales and an electronic money counter were also found in the residence.

The master bedroom of the residence was searched, and U.S. currency was located in two different locations. In a Victoria's Secret box on a night stand currency in various denominations was found, held together by rubber bands. There were also some loose bills with in the box. The currency was later determined to total $8,511.00. There were three Tidy Cat plastic litter bottles lined up at the foot of the bed. One of the containers had a large amount of currency in it. This currency totaled $3,253.00. Gutierrez was asked about the currency and said the money in the Tidy Cat bottle belonged to Cloyd and was his drug money. Gutierrez said the money from the Victoria's Secret box was their vacation money, and used to pay bills. She said the money was from her work, and money her brother had given her. She also said that she had recently counted the money, and it totaled $6,000. Gutierrez says she keeps the money at home so she won't spend it. If it was in a bank, she would use her ATM card and spend it.

Roxanne Gutierrez filed a claim to contest forfeiture against $8,000 of the currency. $3,764.00 has been administratively forfeited.

4.   On and/or prior to November 14, 2007, the defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

5.   Alternatively, on and/or prior to November 14, 2007, the defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

//

6. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

7. The defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: April 2, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

## VERIFICATION

I, Richard Grano, hereby state and declare as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration.
2. I have read the foregoing complaint and know its contents.
3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 4/2/08.

*[signature]*

RICHARD GRANO, Special Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | $8,000.00 IN U.S. CURRENCY |

08 APR -2 PM 3:06

'08 CV 605 W POR

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) SAUSA DAVID M. McNEES 880 FRONT STREET, ROOM 6293 SAN DIEGO, CA 92101-8893 (619) 557-5979 | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in This | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury- Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] Marine | [ ] 315 Airplane Product | | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 320 Assault, Libel & | [ ] 365 Personal Injury - Product Liability | [X] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | | [ ] 368 Asbestos Personal Product Liability | [ ] 640 RR & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 861 HIA (13958) | [ ] 850 Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Liability | [ ] 380 Other Personal Property Damage | LABOR | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] Other Contract | [ ] 360 Other Personal | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product | | | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Habeas Corpus | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation |
| [ ] 220 Foreclosure | [ ] 442 Employment | | [ ] 790 Other Labor | [ ] 870 Taxes (U.S. or Defendant) | [ ] 895 Freedom of |
| [ ] 230 Rent Lease & | [ ] 443 | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 950 Constitutionality of |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory |
| [ ] 290 All Other Real | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removal from State Court
[ ] 3 Remanded from Appelate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:    JURY DEMAND: [ ] YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See    JUDGE    Docket Number

DATE: 4/2/08

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA