UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NUNC PRO TUNC**
**MAY 07 2008**

NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAY 13 AM 11: 30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Whelan
FROM: K. Hammerly,   Deputy Clerk   RECEIVED DATE: 5/7/2008
CASE NO.: 08cv605   DOCUMENT FILED BY: Roxanne Gutierrez
CASE TITLE: USA v. $8,000.00 in U.S. Currency
DOCUMENT ENTITLED: Answer to Complaint for Forfeiture

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |   | Supplemental documents require court order |
| ☐ |   | Default Judgment in sum certain includes calculated interest |
| X |   | OTHER: No Proof of Service  *all documents being filed must bee served on parties that have appeared in the case!* |

Date forwarded: 5/7/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **THOMAS J. WHELAN**

Dated: 5-12-08   By: Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]