ROXANNE JEANINE GUTIERREZ
In Pro Per
3227 Citrus Street
Lemon Grove, CA 91945
Telephone (619) 249-0962

**NUNC PRO TUNC**

MAY 07 2008

FILED
2008 MAY 13 AM 11:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>$8,000.00 in U.S. CURRENCY,<br><br>　　　　Defendant, | Civil Case No.  08CV605-w(POR)<br>**ANSWER TO COMPLAINT FOR FORFEITURE** |

   Comes now defendant / claimant Roxanne Jeanine Gutierrez and Answers the Complaint in Forfeiture as follows:

   1. Admit

   2. Admit

   3. Lacks sufficient information and on such basis denies

   4. Admit currency is a thing of value but Deny the balance of the allegation

   5. Deny

   6. Deny

//

//

1

1  7. Admit

2  Wherefore, defendant / claimant prays for the return of the currency as part of this
3  Complaint and for such other and further relief as this and proper, together with the costs and
4  disbursements of this action.

Dated: April 29, 2008

ROXANNE JEANINE GUTIERREZ

## Verification

I, Roxanne Jeanine Gutierrez, hereby declare as follows:

1. I am the claimant for the defendant currency.

2. I have read the foregoing Answer to Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and information provided to me.

3. Everything contained in the Answer is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of April 2008 in San Diego, California.

Roxanne Jeanine Gutierrez

ROXANNE JEANINE GUTIERREZ
In Pro Per
3227 Citrus Street
Lemon Grove, CA 91945
Telephone (619) 249-0962

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>$8,000.00 in U.S. CURRENCY,<br><br>    Defendant, | Case No.  08CV605W (POR)<br><br>VERIFIED CLAIM OF RIGHT TO DEFEND |

Comes now Roxanne Jeanine Gutierrez and states as follows:

1. In the above matter I am the owner of the $8,000.00 in U.S. Currency.

2. All notices of this action should go to 3227 Citrus Street, Lemon Grove, CA 91945.

He is authorized to represent my interests.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29 Day of April 2008 at San Diego, California,

*Roxanne Jeanine Gutierrez* (signature)
Roxanne Jeanine Gutierrez

1