KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>　　　　　　Defendant. | Civil No. 08cv0605-W(POR)<br><br>DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT ROXANNE JEANINE GUTIERREZ |

　　　　I, David M. McNees, Special Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

　　　　On April 2, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above-named defendant, $8,000.00 IN U.S. CURRENCY.

　　　　On April 14, 2008, the defendant was seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Marshal as custodian, dated April 3, 2008.

　　　　On April 3, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

//

//

| Name and Address | Article No. | Result |
|---|---|---|
| Timothy Andrew Cloyd<br>1611 69th Street<br>Lemon Grove, CA 91945-3403 | 7004 2510 0003 3014 8404 | Signed for as received on 04/08/08. |
| Roxanne Jeanine Gutierrez<br>3227 Citrus Street<br>Lemon Grove, CA 91945 | 7004 2510 0003 3014 8398 | Signed for as received on 04/04/08. |

On May 9, 16, and 23, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant currency by anyone other than claimant Roxanne Jeanine Gutierrez.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant currency as to any and all potential claimants except Roxanne Jeanine Gutierrez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June, 2008.

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: david.mcnees@usdoj.gov