UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0605-W(POR) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF |
| | ) | SERVICE |
| v. | ) | |
| | ) | |
| $8,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED that:

    I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I hereby certify that I have caused to be mailed the foregoing Declaration of and Request for Clerk's Entry of Default as to All Potential Claimants Except Roxanne Jeanine Gutierrez, by the United States Postal Service, to the following non-ECF participants in this case:

1. Roxanne Jeanine Gutierrez, 3227 Citrus Street, Lemon Grove, CA 91945; and
2. Timothy Andrew Cloyd, 1611 69th Street, Lemon Grove, CA 91945

the last known addresses, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 26, 2008.

    s/ David M. McNees
    DAVID M. McNEES