# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>$8,000.00 in U.S. CURRENCY,<br><br>　　　　　　　Defendant. | Civil No.   08cv0605-W (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND NOTICE OF SETTLEMENT CONFERENCE** |

    On July 2, 2008, the Court held an Early Neutral Evaluation. David McNees, Esq., counsel for Plaintiff, and claimant Roxanne Gutierrez appeared before the Court. Based on discussions with the parties, the Court hereby schedules a Settlement Conference on **July 29, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California.

    *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.* Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. *Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.* All conference discussions will be informal, off the record, privileged, and confidential.

    If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

    **IT IS SO ORDERED.**

DATED: July 4, 2008

                                                       LOUISA S PORTER
                                                       United States Magistrate Judge