UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$8,000.00 in U.S. CURRENCY,<br><br>Defendant. | Civil No.   08cv0605-W (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
|---|---|

On July 29, 2008, the Court held a Settlement Conference. Appearing before the Court were David McNees, Esq., counsel for Plaintiff, and Claimant Roxanne Gutierrez. The case settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Judgment of Forfeiture shall be submitted to the Honorable Thomas J. Whelan on or before **August 11, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Judgment of Forfeiture is not submitted on or before August 11, 2008, then a Settlement Disposition Conference shall be held on **August 12, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Judgment of Forfeiture is received on or before August 11, 2008, the Settlement Disposition Conference shall be VACATED without further

///

1 | court order.

3 | DATED: August 1, 2008

*/s/ Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Thomas J. Whelan
all parties